**Order entered December 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00987-CV

### IN THE INTEREST OF J.Y.O., A CHILD

### On Appeal from the 469th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 469-53096-2017

### ORDER

By letter filed December 23, 2020, appellant informs the Court she has made payment arrangements for the reporter's record. Accordingly, we **ORDER** Stephanie Hunn**,** Official Court Reporter for the 469th Judicial District Court, to file the record no later than January 19, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Hunn and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE